

The following constitutes the order of the court.
Signed February 19, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Roy Ernest Lompa,<br>Rita Katherine Lompa,<br><br>      Debtors.<br>_____<br>Roy Ernest Lompa,<br>Rita Katherine Lompa,<br><br>      Plaintiffs,<br><br>      v.<br><br>JMK Golf LLC,<br><br>      Defendant.<br>_____ | No. 07-51463<br><br>Chapter 11<br><br><br><br><br><br><br><br>Adv. Pro. No. 14-05101 |

**MEMORANDUM AFTER SETTLEMENT CONFERENCE**

A settlement conference was held in the above captioned adversary proceeding on February 13, 2015. The appearances

1

made were noted on the record. A settlement was reached, the terms of the settlement were read into the record, and the parties acknowledged and agreed they were bound by the terms of the settlement.

During the recitation of the terms of the settlement, Plaintiffs' counsel referred to a one page document that was identified as an aerial photograph of the subject property, and which included a marked indication of the area to which the easement that was being granted pursuant to the settlement would pertain. Plaintiffs' counsel requested, and Defendants' counsel joined in the request, that the Court accept into evidence the original of the photograph for the future reference of the Court and the parties, and to aid in the documentation of the settlement agreement. The Court readily granted this request. Attached hereto as Exhibit "A" to this Memorandum is a scanned copy of the photograph, the original of which the Court will retain for its records.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Roy Ernest Lompa
Rita Katherine Lompa
4998 Airline Hwy.
Hollister, CA 95023

John T. Hansen
John T. Hansen Attorney at Law
582 Market St. #1903
San Francisco, CA 94104

Brendan F. Macaulay
Nossaman LLP
50 California St. 34th Fl.
San Francisco, CA 94111-4799

JMK Golf LLC
100 Saratoga Avenue
Suite 300
Santa Clara, CA 95051

Joseph M. Sweeney
Sweeney, Mason, Wilson and Bosomworth
983 University Ave. #104C
Los Gatos, CA 95032


Case: 14-05101   Doc# 54   Filed: 02/19/15   Entered: 02/19/15 08:31:56   Page 4 of 4